No. 140. UNITED STATES v. ROSEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. *Morton Stavis* for respondent.

No. 255. HALL v. UNITED STATES;

No. 256. WINSTON v. UNITED STATES;

No. 257. UNITED STATES EX REL. HALL v. MULCAHY, U. S. MARSHAL;

No. 258. UNITED STATES EX REL. WINSTON v. MULCAHY, U. S. MARSHAL; and

No. 259. GREEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *George W. Crockett, Jr., Richard Gladstein, Abraham J. Isserman, Harry Sacher, Charles H. Houston* and *Walter F. Dodd* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Irving S. Shapiro* for respondents.

No. 268. TURNER v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Palmer Pillans* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech, Ralph J. Luttrell* and *Howard O. Sigmond* for the United States.

No. 32, Misc. FLETCHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no